UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09
```

CA SHIPPING & CHARTERING OU-TALINN and ONEGO SHIPPING LTD.,

Plaintiffs,

-v-

KMA GROUP LLC and INVERALES S.A.,

Defendants.

No. 09 Civ. 4973 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

IT IS HEREBY ORDERED that, no later than August 24, 2009, the parties shall submit a letter advising the Court of the status of this action.

SO ORDERED.

Dated:   August 17, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE