UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CA SHIPPING & CHARTERING OU-TALINN and ONEGO SHIPPING LTD.,

Plaintiffs,

-v-

KMA GROUP LLC and INVERALES S.A.,

Defendants.

---

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/30/09
```

No. 09 Civ. 4973 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

Upon Plaintiffs September 25, 2009 application pursuant to Federal Rule of Civil Procedure 41(a)(1), it is HEREBY ORDERED THAT this action be dismissed without prejudice.

It is FURTHER ORDERED THAT any subsequent action commenced in this District related to the same operative facts and maritime claim shall include a copy of this Order and be referred to the undersigned as a related case.

SO ORDERED.

Dated:   September 29, 2009
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE